UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MARTIN MIRANDA, | ) Case No. CV 07-6582-R(RC) |
| Petitioner, | ) ORDER ADOPTING REPORT AND ) RECOMMENDATION OF UNITED STATES |
| vs. | ) MAGISTRATE JUDGE |
| ROBERT A. HOREL, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and dismissing the action with prejudice.

//

Case 2:07-cv-06582-R-RC   Document 45   Filed 08/18/09   Page 2 of 2   Page ID #:280

1  IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2  Order, the Magistrate Judge's Report and Recommendation and Judgment
3  by the United States mail on petitioner.

5  DATED:   _August 18, 2009_

          _____
          MANUEL L. REAL
          UNITED STATES DISTRICT JUDGE

R&Rs\07-6582.ado
6/8/09

2